■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY NEELY, Also Known as COREY EVERETTE, Appellant. [931 NYS2d 508]—

This appeal is moot because, in a subsequent order, Supreme Court found defendant eligible for consideration for resentencing but denied resentencing on the merits.

———

Motion to withdraw appeal and for amendment of orders granted. Concur—Mazzarelli, J.P., Friedman, Catterson, Moskowitz and Abdus-Salaam, JJ. [**Prior Case History: 27 Misc 3d 1224(A), 2010 NY Slip Op 50875(U).**]